# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

Ronnie Loschiavo, *et al.*,

      Plaintiffs,

  v.

Advanced Drainage Systems, Inc.,

      Defendant.

Case No. 2:21-cv-5069

Judge Michael H. Watson

Magistrate Judge Vascura

## ORDER MEMORIALIZING TELECONFERENCE

On May 23, 2022, the Court held a telephone conference with counsel. The following memorializes that conference:

Plaintiffs' motion for reconsideration, ECF No. 23, is **DENIED**. For the reasons explained in the teleconference, Plaintiffs failed to meet their burden of showing that reconsideration is warranted in this case.

Defendant's motion for a temporary restraining order, ECF No. 26, is **DENIED** for the reasons explained in the teleconference and in *Bailey v. Paradies Shops, LLC*, No. 2:20-CV-02610, 2020 WL 3488517 (S.D. Ohio June 26, 2020). However, Plaintiff's counsel is **CAUTIONED** to ensure its non-notice correspondence is not sent to potential members of the conditionally-certified collective.

The parties are **ORDERED** to confer and propose a mutually agreeable notice and consent to join form and method, as previously ordered. They are

further **ORDERED** to submit a joint report **WITHIN FOURTEEN DAYS** outlining

their progress.

The Clerk is **DIRECTED** to terminate ECF Nos. 23 and 26.

**IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**